ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    300 N. Los Angeles Street
    Federal Building, Room 7211
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

JOHN A. LINDQUIST, DC Bar No. 391819
(*Admitted Pro Hac Vice*)
SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6561
Facsimile: (202) 307-2504
E-mail: John.A.Lindquist@USDOJ.GOV

*Attorneys for Respondent, United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| BROADWOOD INVESTMENT FUND, LLC, Mosman Investment Fund, LLC, Han Kook LLC I, Han Kook LLC I-A, and Dragon Coeur LLC I-B,<br><br>Petitioners,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Respondent. | Case Nos.: SA CV08-295-DOC(ANx)<br>The Hon. David O. Carter |

## JUDGMENT

Having considered the United States' Request for Entry of Judgment Under Fed. R. Civ. P. 58(d), and for good cause shown, it is:

ORDERED that the United States' Request for Entry of Final Judgment Under Fed. R. Civ. P. 58(d) is GRANTED; and

ORDERED adjudged and decreed that each of the adjustments contested by Petitioners in their Amended Petition For Review of Final Partnership Administrative Adjustments is correct in all respects.

DATED:    June 7, 2013            _____
                                                    DAVID O. CARTER
                                           UNITED STATES DISTRICT JUDGE