# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADWOOD INVESTMENT FUND LLC, by and through Broadwood Investment Holdings, LP, its Tax Matters Partner, et al, <br><br> Petitioners, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. SA08-CV-00295-DOC (ANx) <br><br> The Hon. David O. Carter <br><br> **ORDER DISMISSING CASE PER THE PARTIES' STIPULATION AND SETTLEMENT [322]** |

Per the parties' stipulation and settlement (Dkt. 321), this case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 30, 2019

*David O. Carter*
_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

FOR RESPONDENT:

NICOLA T. HANNA
United States Attorney

By: */s/ Adam Strait*
    ADAM D. STRAIT
    Mass. BBO No. 670484
    Trial Attorney
    U.S. Dept. of Justice, Tax Division
    P.O. Box 683
    Washington, DC 20044
    (202) 307-2135

FOR PETITIONERS:

KELLER ANDERLE LLP

By: */s/ Chase A. Scolnick*
    CHASE A. SCOLNICK
    Counsel for Petitioners
    Broadwood Investment Holdings, LP,
    Dragon Coeur LLC-I-B, Mosman
    Investment Fund LLC, Han Kook
    LLC I, Han Kook LLC I-A